**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
E. MISHAN & SONS, INC.,

                Plaintiff,                      24 **CIVIL** 8929 (JPO)

      -against-                          **JUDGMENT**

CARAWAY HOME, INC.,

                Defendant.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Opinion and Order dated September 8, 2025, Mishan's motion for judgment on the pleadings is GRANTED. Judgment is entered in favor of Plaintiff E. Mishan & Sons, Inc. on both its declaratory judgment claim and Defendant Caraway Home's counterclaim for infringement; accordingly, this case is closed.

**Dated:**  New York, New York

      September 10, 2025

                                                              **TAMMI M. HELLWIG**
                                                               **Clerk of Court**

                              **BY:**

                                                               **Deputy Clerk**